**KEMIN FOODS, L.C. and the Catholic University of America, Plaintiffs–Appellees,**

v.

**PIGMENTOS VEGETALES DEL CENTRO S.A. DE C.V., Defendant–Appellant.**

**Kemin Foods, L.C. and the Catholic University of America, Plaintiffs–Appellants,**

v.

**Pigmentos Vegetales Del Centro S.A. de C.V., Defendant–Appellee.**

**Nos. 03–1204, 03–1245.**

United States Court of Appeals,
Federal Circuit.

DECIDED: Aug. 21, 2003.

ON MOTION

PROST, Circuit Judge.

*ORDER*

Upon consideration of the motion of Kemin Foods, L.C. and The Catholic Univer-

---

sity of America (Kemin) to withdraw their cross-appeal, 03–1245,

IT IS ORDERED THAT:

(1) Kemin's motion is granted. Appeal 03–1245 is dismissed.

(2) The revised official caption in 03–1204 is reflected above.

(3) A copy of this order shall be transmitted to the merits panel assigned to hear 03–1204.